1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Special Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6471
       Facsimile: (415) 436-7027
8      philip.kopczynski@usdoj.gov

   Attorneys for United States of America

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,          )   No. CR 14-00525 RS
                                      )
         Plaintiff,                   )   STIPULATION TO EXCLUDE TIME
                                      )   UNDER THE SPEEDY TRIAL ACT;
      v.                              )   [PROPOSED] ORDER
                                      )
   JOSE ERI OCHOA,                    )
                                      )
         Defendant.                   )
   _____)

                              **STIPULATION**

   The United States of America, by and through Special Assistant United States Attorney Philip Kopczynski, and Defendant Jose Eri Ochoa, by and through Assistant Federal Public Defender Geoffrey Hansen, hereby stipulate that, with the Court's approval, the time between November 4, 2014 and November 18, 2014 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv),

   ///

   ///

   ///

   ///

   STIP. TO EXCLUDE TIME; PROPOSED ORDER
   NO. CR 14-00525 RS

1  for continuity of counsel and effective preparation by counsel.
2  　　　　IT IS SO STIPULATED.
3  Dated: November 4, 2014
4  　　　　　　　　　　　　　　　　　　　___/s/_____
5  　　　　　　　　　　　　　　　　　　　PHILIP KOPCZYNSKI
6  　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
7
8  Dated: November 4, 2014
9  　　　　　　　　　　　　　　　　　　　___/s/ _____
10 　　　　　　　　　　　　　　　　　　　GEOFFREY HANSEN
11 　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. CR 14-00525 RS

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties,

THE COURT FINDS that failing to exclude the time between November 4, 2014 and November 18, 2014 would unreasonably deny the defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between November 4, 2014 and November 18, 2014 from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between November 4, 2014 and November 18, 2014 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: November _7_, 2014

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. CR 14-00525 RS