1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6471
7       Facsimile: (415) 436-7027
        philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,          )   No. CR 14-00525 RS
                                      )
14      Plaintiff,                    )   STIPULATION TO CONTINUE
                                      )   STATUS HEARING AND
15      v.                            )   TO EXCLUDE TIME UNDER
                                      )   SPEEDY TRIAL ACT;
16 JOSE ERI OCHOA,                    )   [~~PROPOSED~~] ORDER
                                      )
17      Defendant.                    )
                                      )
18

19                            **STIPULATION**

20      The United States of America, by and through Special Assistant United States Attorney Philip

21 Kopczynski, and Defendant Jose Eri Ochoa, by and through Assistant Federal Public Defender Geoffrey

22 Hansen, hereby stipulate that, with the Court's approval, the status hearing currently scheduled for

23 December 9, 2014 at 2:30 p.m. should be continued to December 16, 2014 at 2:30 p.m., and the time

24 between December 9, 2014 and December 16, 2014 is excludable under the Speedy Trial Act, 18 U.S.C.

25 § 3161(h)(7)(A) and (B)(iv), for continuity of counsel.  The reason for this requested continuance is that

26 ///

27 ///

28 ///

STIP. AND PROPOSED ORDER
NO. CR 14-00525 RS

1  government counsel will be traveling outside the district for work reasons on December 9, 2014.

2      IT IS SO STIPULATED.

3  Dated: December 2, 2014

4                            ___/s/_____

5                             PHILIP KOPCZYNSKI

6                             Special Assistant United States Attorney

8  Dated: December 2, 2014

9                             ___/s/ _____

10                            GEOFFREY HANSEN

11                            Assistant Federal Public Defender

STIP. AND PROPOSED ORDER
NO. CR 14-00525 RS

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties,

THE COURT FINDS that government counsel is unavailable to appear at the status hearing set for December 9, 2014 at 2:30 p.m.

THE COURT FURTHER FINDS that failing to exclude the time between December 9, 2014 and December 16, 2014 would unreasonably deny the government continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between December 9, 2014 and December 16, 2014 from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the status hearing set for December 9, 2014 at 2:30 p.m. shall be continued to December 16, 2014 at 2:30 p.m.

IT IS FURTHER ORDERED that the time between December 9, 2014 and December 16, 2014 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: December 2, 2014

_____

THE HONORABLE RICHARD SEEBORG

United States District Judge

STIP. AND PROPOSED ORDER
NO. CR 14-00525 RS