MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6471
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00525 RS |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER |
| v. | |
| JOSE ERI OCHOA, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through Special Assistant United States Attorney Philip Kopczynski, and Defendant Jose Eri Ochoa, by and through Assistant Federal Public Defender Geoffrey Hansen, hereby stipulate that, with the Court's approval, the status hearing currently scheduled for March 31, 2015 at 2:30 p.m. should be continued to April 14, 2015 at 2:30 p.m., and the time between March 31, 2015 and April 14, 2015 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel. The reason for this requested continuance is that government

///

///

///

STIP. AND PROPOSED ORDER
NO. CR 14-00525 RS

1 | counsel will be in trial in a case before The Honorable Edward M. Chen on March 31, 2015.

2 |     IT IS SO STIPULATED.

3 | Dated: March 26, 2015        ___/s/_____
PHILIP KOPCZYNSKI
Special Assistant United States Attorney

Dated: March 26, 2015        ___/s/ _____
GEOFFREY HANSEN
Assistant Federal Public Defender

STIP. AND PROPOSED ORDER
NO. CR 14-00525 RS

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties,

THE COURT FINDS that government counsel is unavailable to appear at the status hearing set for March 31, 2015 at 2:30 p.m.

THE COURT FURTHER FINDS that failing to exclude the time between March 31, 2015 and April 14, 2015 would unreasonably deny the government continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between March 31, 2015 and April 14, 2015 from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the status hearing set for March 31, 2015 at 2:30 p.m. shall be continued to April 14, 2015 at 2:30 p.m.

IT IS FURTHER ORDERED that the time between March 31, 2015 and April 14, 2015 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: March 26, 2015

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIP. AND PROPOSED ORDER
NO. CR 14-00525 RS